UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT HALLMAN,

    Petitioner,

v.

                                  Case No. 1:19-cv-717

RANDEE REWERTS,                     HONORABLE PAUL L. MALONEY

    Respondent.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: April 22, 2021                                  /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge